**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ANNETTE ARECELIE MARTINEZ, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No.  SA-25-CA-00735-XR |
| | § | |
| TIMOTHY KRISTOPHER CHALLES, | § | |
| BADGE #629, ATASCOSA COUNTY | § | |
| SHERIFF'S DEPUTY, INDIVIDUAL | § | |
| CAPACITY; IVAN QUINTERO, BADGE | § | |
| #657, ATASCOSA COUNTY SHERIFF'S | § | |
| DEPUTY, INDIVIDUAL CAPACITY; | § | |
| PAUL SCHNEIDER, BADGE #631, | § | |
| ATASCOSA COUNTY SHERIFF'S | § | |
| DEPUTY; ROLAND SANCHEZ, BADGE | § | |
| #747, ATASCOSA COUNTY SHERIFF'S | § | |
| DEPUTY; JOSHUA DIAZ RUIZ, BADGE | § | |
| #654, ATASCOSA COUNTY SHERIFF'S | § | |
| DEPUTY; PETER ALLEN, BADGE #658, | § | |
| ATASCOSA COUNTY SHERIFF'S | § | |
| DEPUTY; STEPHEN WILSON, BADGE | § | |
| #652, ATASCOSA COUNTY SHERIFF'S | § | |
| DEPUTY; AND ESMERALDA VALDEZ | § | |
| MANCERA, | § | |
| *Defendants* | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this date, the Court considered United States Magistrate Judge Richard B. Farrer's

Report and Recommendation in the above-numbered and styled case. ECF No. 6.

### BACKGROUND

In this case, Plaintiff Annette Arecelie Martinez seeks to sue several officers of the Atacosa

Sheriff's Office, a notary, and the City of Jourdanton.  ECF No. 1-1.

1

As alleged, on October 18, 2022, Officer Timothy Challes knocked on Martinez's door and "demand[ed]" that Martinez "produce her child." *Id.* ¶ 7. Martinez told Challes to leave and come back with a warrant. *Id.* ¶ 8.

Challes refused to leave and, instead, radioed other officers for assistance. *Id.* ¶ 10. Officer Ivan Quintero arrived shortly thereafter. *Id.* ¶ 15. Martinez's husband was opening the property's gate at the time, and Quintero passed through the gate and "rammed" Mr. Martinez in the process. *Id.* ¶¶ 16, 18.

Martinez again asked the officers to leave her property, but they refused. *Id.* ¶¶ 24–25. Four more officers arrived and "joined the trespassing on the plaintiff." *Id.* ¶ 26. The officers surrounded Martinez and again demanded that she produce her child. *Id.* ¶ 27. But before she could respond, one of the officers lunged at Martinez, and several of the officers arrested her using excessive force. *Id.* ¶¶ 29–30.

After her arrest, Martinez "was held for 36 to 48 hours before seeing a judge or magistrate" and was "separated . . . from [her children] for 90 days without due process." *Id.* ¶¶ 31–32.

Magistrate Judge Richard B. Farrer granted Plaintiff *in forma pauperis* status, allowing her to proceed without prepayment of fees. ECF No. 3. In the same order, Judge Farrer identified several deficiencies in Plaintiff's complaint and ordered her to file a more definite statement or otherwise show why the case should not be dismissed under 28 U.S.C. Section 1915(e) for failure to state a non-frivolous claim. *Id.*

After Plaintiff's deadline passed, Judge Farrer filed the Report and Recommendation ("R&R") at issue in this Order. The R&R recommends dismissing the case, both under Section 1915(e) and for failure to follow a court order. ECF No. 6. Judge Farrer finds that: (1) the statute of limitations has run on Martinez's claims under 42 U.S.C. Section 1983, (2) Plaintiff

failed to allege facts sufficient to support her claims, and (3) the Court should decline to exercise supplemental jurisdiction over any viable state-law claims in this case

**DISCUSSION**

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file his or her written objections within fourteen days after being served with a copy of the findings and recommendations.   28 U.S.C. § 636(b)(1).   The Magistrate Judge's recommendation was mailed by certified mail on January 6, 2026.  ECF No. 7.  No objections have been filed.

Because no party has objected to the Magistrate Judge's Report and Recommendation, the Court need not conduct a *de novo* review.  *See* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").

The Court has reviewed the Report and Recommendation and finds it to be neither clearly erroneous nor contrary to law.  *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Accordingly, the Court **ACCEPTS** the Magistrate Judge's recommendation and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. A final judgment pursuant to Rule 58 will follow.

The Clerk is **DIRECTED** to mail a copy of this Order to:

Annette Arecelie Martinez
131 Private Road 677
Devine, TX 78016

It is so **ORDERED**.

**SIGNED** this 9th day of March, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE